**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

HAMILTON FEDERAL CREDIT UNION,
On its own behalf and on behalf of a class of persons
persons similarly situated,

Plaintiff(s),

v.

META FINANCIAL GROUP, INC. and
METABANK,

Defendant(s).

CASE NO. 3:09-cv-01059-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Christine B. Cesare, an active member in good standing of the bar of U.S.D.C. for the Southern District of NY ~~(particular court to which applicant is admitted)~~ whose business address and telephone number is Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104, (212) 541-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Meta Financial Group, Inc. and MetaBank,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 6, 2009

United States District Judge
Maxine M. Chesney