UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hamilton Federal Credit Union

CASE NO. CV-09-01059 MMC

Plaintiff(s),

v.

Meta Financial Group, Inc., and MetaBank

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓       Private ADR *(please identify process and provider)* Several Mediators from JAMS
are being considered by the parties. It is expected that by the date of the Initial CMC, the parties will have chosen a mediator.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓       other requested deadline  The parties request a later deadline.

Dated: May 29, 2009

Thomas Marc Litton
Attorney for Plaintiff

Dated: May 29, 2009

Robert A. Padway
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
√  Private ADR

Deadline for ADR session
    90 days from the date of this order.
√  other  The Court, at the Case Management Conferemce, will discuss with the parties an appropriate deadline for completing mediation.

IT IS SO ORDERED.

Dated: June 5, 2009

UNITED STATES DISTRICT    JUDGE