IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAMILTON FEDERAL CREDIT UNION,

    Plaintiff,

  v.

META FINANCIAL GROUP, INC., et al.

    Defendant.
_____/

No. C 09-1059 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Before the Court is the parties' Joint Case Management Statement, filed June 17, 2010.[1] In light of the parties' joint statement that the parties anticipate filing, by mid-July, a Stipulation of Dismissal of the action, the currently-scheduled case management conference on calendar for June 25, 2010 is CONTINUED to August 13, 2010. Any updated case management statement shall be filed no later than August 6, 2010.

**IT IS SO ORDERED.**

Dated: June 22, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Neither party provided the Court with a chambers copy of the Joint Case Management Statement, or of the voluminous exhibits attached thereto. For future reference, the parties are reminded that, pursuant to Northern District General Order 45 and this Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically, such copy to be delivered no later than noon on the day after the document is filed electronically.